UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLUMBIA CASUALTY COMPANY,

    Plaintiff,

    v.

FEDERAL INSURANCE COMPANY,

    Defendant.

Case No. 13-cv-01014-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 13, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. BRIEFING SCHEDULE.

    a. On or before March 6, 2015, the parties shall file cross motions for summary judgment.

    b. On or before March 20, 2015, the parties shall file oppositions to the cross motions for summary judgment.

    c. On or before April 3, 2015, the parties shall file replies in support of their cross motions for summary judgment.

**IT IS SO ORDERED**.

Dated: November 13, 2014

_____
RICHARD SEEBORG
United States District Judge